UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

    Plaintiffs,

v.                                                                       Case No. 05-70507
                                                                        Hon. Patrick J. Duggan

JAMES MORIARTY, individually and
d/b/a HB CONTRACTING SERVICES, INC.,

    Defendant.

-----------------------------------------------------------/
WALTER B. FISHER JR. P51337
Attorney for Plaintiffs
(313) 961-9700

BRUCE M PREGLER P40292
MATTHEW S. SLAZINSKI P51897
Attorneys for Defendants
(248) 813-9900
--------------------------------------------------------------------------------------------------------------------

**STIPULATED ORDER OF DISMISSAL**

    At a session of said Court, held in the Courthouse, City of Detroit,
County of Wayne, State of Michigan, August 22, 2005.
    PRESENT: The HONORABLE PATRICK J. DUGGAN
                            United States District Court Judge

    Upon the stipulation of the parties, by and through their respective attorneys, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that Defendant James Moriarty is hereby dismissed as a Defendant in this litigation <u>with prejudice</u> and without costs to any party.

IT IS FURTHER ORDERED that this case is hereby dismissed without prejudice and without costs as to HB Contracting Services, Inc.

S/PATRICK J. DUGGAN
United States District Court Judge

APPROVED AS TO FORM AND
CONTENT, NOTICE OF ENTRY WAIVED:

s/with consent of Walter B. Fisher
Walter B. Fisher, Jr. P51337
Attorney for Trustees of the Detroit
Carpenters Fringe Benefit Funds
Fildew Hinks, PLLC
3600 Penobscot Building
645 Griswold Street
Detroit, MI 48226
(313) 961-9700

s/Matthew S. Slazinski
Bruce M. Pregler P40292
Matthew S. Slazinski P51897
Attorneys for James Moriarty and HB
Contracting Services, Inc.
Facca, Richter & Pregler, P.C.
70 West Long Lake Road, Suite 120
Troy, MI 48098
(248) 813-9900

MSS/dep
P2685/11
8/18/2005